MARCH 22, 1960

**No. 64034.—SUIT 4981.—**United States *v.* Nordic Baking & Importing Co., Inc.— —C.D. 2025 affirmed January 26, 1960. C.A.D. 733.

BEFORE THE THIRD DIVISION, MARCH 29, 1960

**No. 64035.—**Kersten Shipping Agency, Inc. *v.* United States, protest 59/6914 (New York).

Opinion by JOHNSON, J. At the trial, it was stipulated that had the certificate of exportation been before the collector during his review period, he would have granted free entry to the merchandise. Following Abstract 57104, the claim of the plaintiff was sustained.